**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00021-REB-KAS

BRENNAN LANDY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ACTIVUS DIGITAL, LLC d/b/a NATIONAL HOMEOWNER ADVOCATES, a Colorado limited liability company,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge Recommendation entered by Judge Robert E. Blackburn on November 14, 2023, at ECF No. 14 it is

ORDERED That Order and Recommendation of United States Magistrate Judge [#11], filed October 16, 2023, is approved and adopted as an order of this court; it is

FURTHER ORDERED that Plaintiff's claims are DISMISSED with prejudice as a sanction for failure to prosecute; it is

FURTHER ORDERED that judgment with prejudice shall enter on behalf of defendant, Activus Digital,LLC d/b/a National Homeowner Advocates, and against plaintiff, Brennan Landy, individually and on behalf of all others similarly situated, as to all claims and causes of action asserted herein; and

FURTHER ORDERED this case will be closed.

Dated at Denver, Colorado this 14th day of November, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/M. Smotts
M. Smotts
Deputy Clerk